In the Matter of PHILIP BRAICO et al., Appellants; NORA M. POWERS, Respondent. (Change of Grade of Voorhies Avenue, Borough of Brooklyn.)

(Argued October 19, 1932; decided November 22, 1932.)

*Louis M. Liebert* for appellants.

*Charles A. Webber* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.